A CERTIFIED TRUE COPY

DEC 15 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18 AM 10: 26

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-76)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,171 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
DEC 2? 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee____
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No.___

## SCHEDULE CTO-76 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALASKA** | | |
| AK 3 06-257 | Gary W. Putman, et al. v. Merck & Co., Inc. | EDLA 06-10969 |
| AK 3 06-258 | Robert Felder v. Merck & Co., Inc. | EDLA 06-10970 |
| **ALABAMA MIDDLE** | | |
| ~~ALM 3 06-979~~ | ~~Clifford Bailey, et al. v. Merck & Co., Inc., et al.~~ | VACATED 12/15/06 |
| **ALABAMA NORTHERN** | | |
| ALN 1 06-2260 | Junior Alldreage, et al v. Merck & Co., Inc., et al. | EDLA 06-10971 |
| ALN 1 06-2284 | Wayne Watts, et al. v. Merck & Co., Inc. | EDLA 06-10972 |
| ALN 5 06-2248 | Don Macmillan v. Merck & Co., Inc. | EDLA 06-10973 |
| ALN 7 06-2332 | Dorothy Cantrell, et al. v. Merck & Co., Inc. | EDLA 06-10974 |
| **ARIZONA** | | |
| AZ 2 06-2665 | Marlene Ferguson, et al. v. Merck & Co., Inc. | EDLA 06-10975 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-6642 | Deborah Dionne, et al. v. Merck & Co., et al. | EDLA 06-10976 |
| CAC 2 06-6644 | Lucila B. Castillo, et al. v. Merck & Co., Inc. | EDLA 06-10977 |
| CAC 2 06-6816 | Philip Hansen Bailey, etc. v. Merck & Co, Inc. | EDLA 06-10978 |
| CAC 2 06-7006 | Shelia Williams v. Merck & Co., Inc. | EDLA 06-10979 |
| CAC 2 06-7007 | William E. Hauser, etc. v. Merck & Co., Inc. | EDLA 06-10980 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2283 | Barbara Abbott, et al. v. Merck & Co., Inc. | EDLA 06-10981 |
| CAE 2 06-2284 | Delphia Bell v. Merck & Co., Inc., et al. | EDLA 06-10982 |
| CAE 2 06-2285 | Harry Jones v. Merck & Co., Inc., et al. | EDLA 06-10983 |
| CAE 2 06-2332 | Norma Loomis v. Merck & Co., Inc. | EDLA 06-10984 |
| CAE 2 06-2344 | Marva Johnson v. Merck & Co., Inc. | EDLA 06-10985 |
| CAE 2 06-2346 | Carl Dudding v. Merck & Co., Inc. | EDLA 06-10986 |
| CAE 2 06-2348 | Sandra Elliott v. Merck & Co., Inc. | EDLA 06-10987 |
| CAE 2 06-2349 | Anh Devers v. Merck & Co., Inc. | EDLA 06-10988 |
| CAE 2 06-2350 | Kenneth Tinkle v. Merck & Co., Inc. | EDLA 06-10989 |
| CAE 2 06-2351 | Kenneth Debolt v. Merck & Co., Inc. | EDLA 06-10990 |
| CAE 2 06-2352 | Betty Mesi v. Merck & Co., Inc. | EDLA 06-10991 |
| CAE 2 06-2354 | Antonio Lourenco v. Merck & Co., Inc. | EDLA 06-10992 |
| CAE 2 06-2362 | Karen Morris v. Merck & Co., Inc. | EDLA 06-10993 |
| CAE 2 06-2422 | Adnell Stephens v. Merck & Co., Inc., et al. | EDLA 06-10994 |
| CAE 2 06-2431 | Donna Goncar v. Merck & Co., Inc., et al. | EDLA 06-10995 |
| CAE 2 06-2434 | Richard McCullough v. Merck & Co., Inc., et al. | EDLA 06-10996 |
| CAE 2 06-2471 | Karin Barrett v. Merck & Co., Inc. | EDLA 06-10997 |
| CAE 2 06-2472 | Domingo Arcangles v. Merck & Co., Inc. | EDLA 06-10998 |
| CAE 2 06-2473 | Semen Fiskel v. Merck & Co., Inc. | EDLA 06-10999 |
| CAE 2 06-2474 | Al Kessler v. Merck & Co., Inc. | EDLA 06-11000 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                                     Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION | | |
|---|---|---|---|
| CAE 2  06-2477 | Charlotte Mendonea v. Merck & Co., Inc. | EDLA | 06-11001 |
| ~~CAE 2  06-2479~~ | ~~Sheryl Churchman v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 | |
| CAE 2  06-2480 | Besham Singh v. Merck & Co., Inc., et al. | EDLA | 06-11002 |
| CAE 2  06-2489 | Madelyn Duke, et al. v. Merck & Co., Inc., et al. | EDLA | 06-11003 |
| CAE 2  06-2490 | Beryl L. Caterson v. Merck & Co., Inc., et al. | EDLA | 06-11004 |

CALIFORNIA NORTHERN

| | | | |
|---|---|---|---|
| CAN 3  06-6576 | Barbara Brooks v. Merck & Co., Inc., et al. | EDLA | 06-11005 |
| CAN 3  06-6587 | Otis Mercer v. Merck & Co., Inc., et al. | EDLA | 06-11006 |
| CAN 3  06-6595 | Peter Brooks v. Merck & Co., Inc., et al. | EDLA | 06-11007 |
| CAN 3  06-6612 | Ray Reed v. Merck & Co., Inc., et al. | EDLA | 06-11008 |
| CAN 3  06-6762 | Lola Baker v. Merck & Co., Inc. | EDLA | 06-11009 |
| CAN 3  06-6764 | Susan Christensen v. Merck & Co., Inc. | EDLA | 06-11010 |
| CAN 3  06-6765 | Carlos Adlawan v. Merck & Co., Inc. | EDLA | 06-11011 |
| CAN 3  06-6766 | Anita Aars v. Merck & Co., Inc. | EDLA | 06-11012 |
| CAN 3  06-6767 | Klara Bernsteyn v. Merck & Co., Inc. | EDLA | 06-11013 |
| CAN 3  06-6769 | Robert Chow v. Merck & Co., Inc. | EDLA | 06-11014 |
| CAN 3  06-6789 | Marbely Gutierrez v. Merck & Co., Inc. | EDLA | 06-11015 |
| CAN 3  06-6793 | Ninel Gindina v. Merck & Co., Inc. | EDLA | 06-11016 |
| CAN 3  06-6795 | Julia Dumas, et al. v. Merck & Co., Inc. | EDLA | 06-11017 |
| CAN 3  06-6796 | Robert Garrett v. Merck & Co., Inc. | EDLA | 06-11018 |
| CAN 3  06-6846 | Wayne Wong v. Merck & Co., Inc. | EDLA | 06-11019 |
| CAN 3  06-6848 | Elliot Zolt v. Merck & Co., Inc. | EDLA | 06-11020 |
| CAN 3  06-6851 | Jerry Hale v. Merck & Co., Inc. | EDLA | 06-11021 |
| CAN 3  06-6859 | Leo Hildreth v. Merck & Co., Inc. | EDLA | 06-11022 |
| CAN 3  06-6862 | Alex Lukovsky v. Merck & Co., Inc. | EDLA | 06-11023 |
| CAN 3  06-6863 | Juana Ochoa v. Merck & Co., Inc. | EDLA | 06-11024 |
| CAN 3  06-6864 | John Morrice v. Merck & Co., Inc. | EDLA | 06-11025 |
| CAN 3  06-6866 | Ronald L. Silva v. Merck & Co., Inc. | EDLA | 06-11026 |
| CAN 3  06-6867 | Nancy Pittroff v. Merck & Co., Inc. | EDLA | 06-11027 |
| CAN 3  06-6869 | Lev Klachkavsky v. Merck & Co., Inc. | EDLA | 06-11028 |
| CAN 3  06-6873 | Barbara Hoffman, etc. v. Merck & Co., Inc. | EDLA | 06-11029 |
| CAN 3  06-6874 | Fred Rice v. Merck & Co., Inc. | EDLA | 06-11030 |
| CAN 3  06-6875 | Gerald Sefranka v. Merck & Co., Inc. | EDLA | 06-11031 |
| CAN 3  06-6878 | Richard Simms v. Merck & Co., Inc. | EDLA | 06-11032 |
| CAN 3  06-6879 | Samuel Summerfield v. Merck & Co., Inc. | EDLA | 06-11033 |
| CAN 3  06-6880 | Lula Taylor v. Merck & Co., Inc. | EDLA | 06-11034 |
| CAN 3  06-6881 | George Martinis v. Merck & Co., Inc. | EDLA | 06-11035 |
| CAN 3  06-6882 | Elivra Nagle v. Merck & Co., Inc. | EDLA | 06-11036 |
| CAN 4  06-6590 | Christine Hansen, et al. v. Merck & Co., Inc., et al. | EDLA | 06-11037 |
| CAN 4  06-6785 | Valentina Demikhovskaya v. Merck & Co., Inc. | EDLA | 06-11038 |
| CAN 4  06-6788 | Daniel Flanagan v. Merck & Co., Inc. | EDLA | 06-11039 |
| CAN 4  06-6843 | Janie Wiley v. Merck & Co., Inc. | EDLA | 06-11040 |
| CAN 4  06-6865 | Guadalupe Urena, et al. v. Merck & Co., Inc. | EDLA | 06-11041 |
| CAN 4  06-6868 | Nian Huang v. Merck & Co., Inc. | EDLA | 06-11042 |
| CAN 4  06-6871 | Mary L. Howle v Merck & Co., Inc. | EDLA | 06-11043 |

CALIFORNIA SOUTHERN

| | | | |
|---|---|---|---|
| CAS 3  06-2431 | Michael Cienfuegos, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11044 |
| CAS 3  06-2432 | Jimmie Ramsey v. Merck & Co., Inc., et al. | EDLA | 06-11045 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                           Page 3 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **COLORADO** | | |
| CO 1 06-2130 | Herbert L. Wittow v. Merck & Co., Inc. | EDLA 06-11046 |
| ~~CO 1 06-2164~~ | ~~James Franklin, etc. v. Merck & Co., Inc.~~ OPPOSED 12/14/06 | |
| CO 1 06-2165 | Ronald Dooley, et al. v. Merck & Co., Inc. | EDLA 06-11047 |
| **CONNECTICUT** | | |
| CT 3 06-1761 | Frank Pescatello v. Merck & Co., Inc. | EDLA 06-11048 |
| **FLORIDA MIDDLE** | | |
| FLM 2 06-587 | Danny Taulbee v. Merck & Co., Inc., et al. | EDLA 06-11049 |
| FLM 5 06-379 | Lyle Moody v. Merck & Co., Inc., et al. | EDLA 06-11050 |
| FLM 6 06-1667 | Marian Jenkinson, etc. v. Merck & Co., Inc., et al. | EDLA 06-11051 |
| FLM 8 06-1209 | Barbara Jowers v. Merck & Co., Inc., et al. | EDLA 06-11052 |
| FLM 8 06-1992 | Robert Sidney Spann v. Merck & Co., Inc., et al. | EDLA 06-11053 |
| **FLORIDA SOUTHERN** | | |
| FLS 0 06-61580 | Jeffrey Dombeck, et al. v. Merck & Co., Inc. | EDLA 06-11054 |
| FLS 0 06-61581 | William J. Leon, et al. v. Merck & Co., Inc. | EDLA 06-11055 |
| FLS 0 06-61582 | Marthan Moore, et al. v. Merck & Co., Inc. | EDLA 06-11056 |
| FLS 0 06-61583 | Lillian A. Russo v. Merck & Co., Inc. | EDLA 06-11057 |
| FLS 0 06-61609 | Victoria Luciano, et al. v. Merck & Co., Inc. | EDLA 06-11058 |
| FLS 1 06-22292 | Susana Jalon, et al. v. Merck & Co., Inc. | EDLA 06-11059 |
| ~~FLS 2 06-14284~~ | ~~Kenneth Bowe, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14285~~ | ~~Jacob Avidon, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14287~~ | ~~Veronica Clark-Atchinson v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14288~~ | ~~Robin A. Curry v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14289~~ | ~~Lystine Fairweather, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14290~~ | ~~Mary Lee Hudson v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14291~~ | ~~Walter Smith, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14292~~ | ~~Warren Young, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14293~~ | ~~Andrew Trax, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14294~~ | ~~Helen Spano, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14295~~ | ~~John Gumas v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14296~~ | ~~Darrell Duncan v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14297~~ | ~~James Ferguson v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14298~~ | ~~Carol Morgan v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14299~~ | ~~Patricia C. Putman, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14300~~ | ~~Donald L. Simons v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 2 06-14301~~ | ~~Donna Robinson v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| FLS 2 06-14305 | Henry C. Givens v. Merck & Co., Inc., et al. | EDLA 06-11060 |
| ~~FLS 9 06-80994~~ | ~~Gail Simmons v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 9 06-80996~~ | ~~Anita Finnegan v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 9 06-80997~~ | ~~Joseph Iuvara, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| ~~FLS 9 06-80998~~ | ~~Thomas Erling v. Merck & Co., Inc., et al.~~ OPPOSED 12/15/06 | |
| **GEORGIA NORTHERN** | | |
| GAN 1 06-2643 | Clifford L. Wooten v. Merck & Co., Inc. | EDLA 06-11061 |
| GAN 1 06-2644 | Elizabeth C. Rosebush, etc. v. Merck & Co., Inc. | EDLA 06-11062 |
| **IOWA NORTHERN** | | |
| IAN 3 06-3065 | Phyllis Heslop v. Merck & Co., Inc. | EDLA 06-11063 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                          Page 4 of 6

DIST. DIV. C.A. #          CASE CAPTION

IOWA SOUTHERN
  IAS  1  06-39           Jerry Barringer v. Merck & Co., Inc.                   EDLA 06-11064

ILLINOIS CENTRAL
  ILC  2  06-2221         William Phelps, etc. v. Merck & Co., Inc.              EDLA 06-11065

ILLINOIS NORTHERN
  ILN  1  06-5743         Doris Miller, et al. v. Merck & Co., Inc.              EDLA 06-11066
  ~~ILN  1  06-5744~~     ~~Ines Alegre, etc. v. Jorge N. Aguayo, M.D., et al.~~   OPPOSED 12/8/06
  ILN  1  06-5805         Evelyn Waldman v. Merck & Co., Inc.                    EDLA 06-11067

ILLINOIS SOUTHERN
  ILS  3  06-818          Myrna Hamilton, et al. v. Merck & Co., Inc., et al.    EDLA 06-11068
  ~~ILS  3  06-827~~      ~~Ann Reid v. Merck & Co., Inc., et al.~~              VACATED 12/14/06
  ILS  3  06-831          William W. Rhodes v. Merck & Co., Inc., et al.         EDLA 06-11069
  ILS  3  06-840          Jerry Lemonds v. Merck & Co., Inc., et al.             EDLA 06-11070
  ILS  3  06-848          James Ignatz v. Merck & Co., Inc., et al.              EDLA 06-11071
  ILS  3  06-849          Louis Kraus v. Merck & Co., Inc., et al.               EDLA 06-11072
  ILS  3  06-850          John M. Linkes v. Merck & Co., Inc.                    EDLA 06-11073
  ILS  3  06-853          Antonio Silva v. Merck & Co., Inc.                     EDLA 06-11074
  ILS  3  06-867          Catherine S. Sadich v. Merck & Co., Inc.               EDLA 06-11075
  ILS  3  06-868          John Street v. Merck & Co., Inc.                       EDLA 06-11076
  ILS  3  06-877          Rodney W. Shupe v. Merck & Co., Inc.                   EDLA 06-11077

INDIANA NORTHERN
  INN  2  06-363          Seth Jones v. Merck & Co., Inc.                        EDLA 06-11078

KANSAS
  KS  2  06-2413          David Edmonds v. Merck & Co., Inc.                     EDLA 06-11079

LOUISIANA WESTERN
  LAW  2  06-1936         Sally Ellender Chapman v. Merck & Co., Inc.            EDLA 06-11080

MINNESOTA
  MN  0  06-4406          Donald Haider v. Merck & Co., Inc.                     EDLA 06-11081

MISSOURI EASTERN
  MOE  4  06-1589         Ida Criglar, et al. v. Merck & Co., Inc., et al.       EDLA 06-11082

NEW YORK EASTERN
  NYE  1  06-4796         Yolande Brice, et al. v. Merck & Co., Inc.             EDLA 06-11083

NEW YORK NORTHERN
  NYN  1  06-1309         Deanne Murdie, etc. v. Merck & Co., Inc., et al.       EDLA 06-11084
  NYN  5  06-1332         Douglas Charles Persse, et al. v. Merck & Co., Inc.    EDLA 06-11085

NEW YORK SOUTHERN
  ~~NYS  1  06-11419~~    ~~Ali Ghanem v. Merck & Co., Inc., et al.~~            OPPOSED 12/8/06

SCHEDULE CTO-76 - TAG-ALONG ACTIONS (MDL-1657)                           Page 5 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| NEW YORK WESTERN | | |
| NYW 6 06-6530 | Rosemary Johnson v. Merck & Co., Inc., et al. | EDLA 06-11086 |
| NYW 6 06-6531 | Zerita H. Newman, etc. v. Merck & Co., Inc., et al. | EDLA 06-11087 |
| NYW 6 06-6532 | Roger Bickel, et al. v. Merck & Co., Inc., et al. | EDLA 06-11088 |
| NYW 6 06-6533 | Brenda Baron, etc. v. Merck & Co., Inc., et al. | EDLA 06-11089 |
| NYW 6 06-6534 | Dianne Benson, etc. v. Merck & Co., Inc., et al. | EDLA 06-11090 |
| NYW 6 06-6544 | Pamela Charsley-Joslin, etc. v. Merck & Co., Inc., et al. | EDLA 06-11091 |
| NYW 6 06-6545 | Theresa J. Keenan, etc. v. Merck & Co., Inc., et al. | EDLA 06-11092 |
| NYW 6 06-6546 | Eugene O. Moore, etc. v. Merck & Co., Inc., et al. | EDLA 06-11093 |
| NYW 6 06-6547 | Glen Nicolosi, etc. v. Merck & Co., Inc., et al. | EDLA 06-11094 |
| NYW 6 06-6548 | Frank B. Perillo, etc. v. Merck & Co., Inc., et al. | EDLA 06-11095 |
| NYW 6 06-6549 | Patricia A. Ruvolo, etc. v. Merck & Co., Inc., et al. | EDLA 06-11096 |
| NYW 6 06-6550 | Patricia Sabadasz, etc. v. Merck & Co., Inc., et al. | EDLA 06-11097 |
| NYW 6 06-6551 | Lavernne Watson, etc. v. Merck & Co., Inc., et al. | EDLA 06-11098 |
| OHIO NORTHERN | | |
| OHN 1 06-2558 | Timothy Walter Richards, Sr., et al. v. Merck & Co., Inc. | EDLA 06-11099 |
| OHN 1 06-2559 | Deborah K. Roscoe v. Merck & Co., Inc. | EDLA 06-11100 |
| OHN 1 06-2560 | Leonard Novak, et al. v. Merck & Co., Inc. | EDLA 06-11101 |
| OHN 1 06-2561 | Edith Tabak, et al. v. Merck & Co., Inc. | EDLA 06-11102 |
| OHN 1 06-2562 | Kenneth W. Raybon, et al. v. Merck & Co., Inc. | EDLA 06-11103 |
| OHN 1 06-2575 | Thomas G. Wigle, et al. v. Merck & Co., Inc. | EDLA 06-11104 |
| OHN 1 06-2580 | Glenn A. Cook, et al. v. Merck & Co., Inc. | EDLA 06-11105 |
| OHN 1 06-2583 | Mary Young v. Merck & Co., Inc. | EDLA 06-11106 |
| OHN 1 06-2584 | Thomas M. Tulcewicz v. Merck & Co., Inc. | EDLA 06-11107 |
| OHN 1 06-2585 | Benjamin Thompson v. Merck & Co., Inc. | EDLA 06-11108 |
| OHN 1 06-2636 | Nikki Gilmore, etc. v. Merck & Co., Inc. | EDLA 06-11109 |
| OHN 1 06-2637 | Edward M. Stanco, Jr., etc. v. Merck & Co., Inc. | EDLA 06-11110 |
| OHN 1 06-2669 | Edward Drozd, et al. v. Merck & Co., Inc. | EDLA 06-11111 |
| OHN 1 06-2670 | Carolyn Evans, et al. v. Merck & Co., Inc. | EDLA 06-11112 |
| OHN 5 06-2635 | Kenneth K. Kerr, Sr. v. Merck & Co., Inc. | EDLA 06-11113 |
| OHN 5 06-2638 | Barbara R. Brunk, etc. v. Merck & Co., Inc. | EDLA 06-11114 |
| OHIO SOUTHERN | | |
| OHS 1 06-720 | Betty Pickett v. Merck & Co., Inc., et al. | EDLA 06-11115 |
| OHS 2 06-876 | Betty Mason v. Merck & Co., Inc., et al. | EDLA 06-11116 |
| OKLAHOMA EASTERN | | |
| OKE 6 06-464 | Omega Lambert, etc. v. Merck & Co., Inc. | EDLA 06-11117 |
| OKE 6 06-465 | Gerald Hammond v. Merck & Co., Inc. | EDLA 06-11118 |
| OKE 6 06-466 | Pamela Treadwell, etc. v. Merck & Co., Inc. | EDLA 06-11119 |
| OKE 6 06-468 | Paul Stinson v. Merck & Co., Inc. | EDLA 06-11120 |
| OKLAHOMA WESTERN | | |
| OKW 5 06-1211 | Ruby King, etc. v. Merck & Co., Inc. | EDLA 06-11121 |
| PENNSYLVANIA EASTERN | | |
| PAE 2 06-4827 | Greg Golla v. Merck & Co., Inc., et al. | EDLA 06-11122 |
| PENNSYLVANIA WESTERN | | |
| ~~PAW 2 06-1443~~ | ~~William T. Krajcovic, Sr., etc. v. Merck & Co., Inc.~~ OPPOSED 12/14/06 | |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                     Page 6 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **TEXAS EASTERN** | | |
| TXE 2 06-456 | Don Cagle, etc. v. Merck & Co., Inc., et al. | EDLA 06-11123 |
| TXE 4 06-436 | Pauline Stover v. Merck & Co., Inc. | EDLA 06-11124 |
| **TEXAS NORTHERN** | | |
| TXN 4 06-741 | Gail Yeakley, etc. v. Merck & Co., Inc. | EDLA 06-11125 |
| **TEXAS SOUTHERN** | | |
| ~~TXS 1 06-176~~ | ~~Juan Lizardi v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 2 06-471 | Maria Graciela Cruz v. Merck & Co., Inc., et al. | EDLA 06-11126 |
| ~~TXS 2 06-478~~ | ~~Rosario Lechuga v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 2 06-489~~ | ~~Divine Garcia v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 4 06-3464 | Antoinette Donaldson v. Merck & Co., Inc. | EDLA 06-11127 |
| ~~TXS 7 06-303~~ | ~~Lilian Murphree v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 7 06-318 | Paula Gonzalez v. Merck & Co., Inc., et al. | EDLA 06-11128 |
| ~~TXS 7 06-319~~ | ~~Juan R. Gonzalez v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7 06-320~~ | ~~Adolfo De Leon v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7 06-321~~ | ~~Victor Saenz v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7 06-329~~ | ~~Jose Zuniga v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7 06-331~~ | ~~Rodolfo Regalado v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7 06-333~~ | ~~Ludivina Pena v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7 06-334~~ | ~~Anita Salinas v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| **TEXAS WESTERN** | | |
| ~~TXW 1 06-848~~ | ~~Emil Kenneth Braune v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXW 1 06-850 | James Mercer v. Merck & Co., Inc., et al. | EDLA 06-11129 |
| ~~TXW 1 06-858~~ | ~~Marilyn Trent v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1 06-859~~ | ~~Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1 06-870~~ | ~~Esther McConoghy v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1 06-871~~ | ~~Ruby Shaw v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXW 5 06-940 | Leonel Diaz v. Merck & Co., Inc. | EDLA 06-11130 |
| **UTAH** | | |
| UT 2 06-905 | Mable Lassen v. Merck & Co., et al. | EDLA 06-11131 |
| UT 2 06-931 | James Pangburn, et al. v. Merck & Co., Inc., et al. | EDLA 06-11132 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 1 06-898 | Dorothy Petry, et al. v. Merck & Co., Inc. | EDLA 06-11133 |